IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01268

JUUL LABS INC.,
a Delaware corporation,

    Plaintiff,

v.

GET YOUR WAX ON LLC,
a Colorado limited liability company,

 Defendant.

## CORPORATE DISCLOSURE STATEMENT

Plaintiff JUUL Labs, Inc. ("JLI") files this disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. JUUL Labs, Inc. is a Delaware Corporation.

2. JUUL Labs, Inc. is not a publicly held corporation or other publicly held entity.

3. JUUL Labs, Inc. has no parent corporation.

4. Altria Group, Inc. owns 10% or more of JUUL Labs, Inc.'s stock.

5. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6. JUUL Labs, Inc. is not a trade association.

                                                      Respectfully submitted,

May 20, 2022

s/ Scott E. Brenner
Scott E. Brenner
James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
Telephone: 303-665-9845
Facsimile: 303-665-9847
sbrenner@thowardlaw.com
jjuo@thowardlaw.com
*Counsel for Plaintiff, JUUL Labs, Inc.*

-and-

Randall J. Clement, Esq.
CLEMENT AND HO, APLC
201 W. Whiting Avenue
Fullerton, California 92832
Telephone: (714) 882-5794
Facsimile: (714) 882-5795
*randy@clementandholaw.com*
*Admitted in the District of Colorado*
*Counsel for Plaintiff JUUL Labs, Inc.*